LOUIS A. LEONE, ESQ. (SBN: 099874)
BRIAN A. DUUS, ESQ. (SBN: 263403)
Leone & Alberts
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
Email: lleone@leonealberts.com
       bduus@leonealberts.com

Attorneys for Defendants
ANTIOCH UNIFIED SCHOOL DISTRICT,
STEVE NOSANCHUK, RUTH RUBALCAVA, and
STEPHANIE ANELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.H., a minor, by and through his *Guardian ad Litem* MARTARICE HUMPHREY,<br><br>Plaintiff,<br><br>v.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT, a public entity; CATAPULT LEARNING WEST, LLC, a limited liability company dba Sierra School of Antioch; SAMUEL MCBRIDE, an individual; JONIQUE ANDREWS, an individual; STEVE NOSANCHUK, an individual; BRUNO DIAZ, an individual; CORY MOORE, an individual; RUTH RUBALCAVA, an individual; STEPHANIE ANELLO, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:18-cv-07716-WHA<br><br>**DECLARATION OF BRIAN A. DUUS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE FROM APRIL 4, 2019, TO APRIL 11, 2019, OR A DATE THEREAFTER**<br><br>Complaint filed: December 26, 2018 |

I, BRIAN A. DUUS, declare as follows:

1. I have personal knowledge of the facts stated in this declaration and if called as a witness I could testify competently thereto. I am an attorney employed by Leone & Alberts, attorneys of record for Defendant Antioch Unified School District ("District"), Steve Nosanchuk, Ruth Rubalcava, and Stephanie Anello in this proceeding, and I am representing those Defendants herein.

2. This declaration is being submitted in conformity with Local Rule 6-2.

3. The parties by stipulation have requested that the initial Case Management Conference be rescheduled from April 4, 2019, 11:00 AM, to April 11, 2019, 11:00 AM, or to another date and time thereafter to be determined by the Court. The reason is that I will be out-of-state on April 4 on a pre-scheduled family vacation to Hawaii.

4. The parties have not previously requested any rescheduling of the initial Case Management Conference. There was one previous rescheduling by court order from March 26 to April 4 when the case was reassigned from Magistrate Judge Elizabeth Laporte.

5. As no trial date has been set, the extension sought herein will have no effect on the scheduling of this case.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, executed this February 25, 2019 in Walnut Creek, California.

/s/ Brian A. Duus
BRIAN A. DUUS

---

DECLARATION OF BRIAN A. DUUS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

Case No. 3:18-cv-07716-WHA

1