**SPINELLI, DONALD & NOTT**
A Professional Corporation
J. SCOTT DONALD, SBN: 158338
LYNN A. GARCIA, SBN: 131196
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
scottd@sdnlaw.com
lynng@sdnlaw.com

Attorneys for Defendants
CATAPULT LEARNING WEST, LLC;
SAMUEL MCBRIDE; JONIQUE ANDREWS;
BRUNO DIAZ and CORY MOORE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| K.H., a minor, by and through his Guardian ad Litem, MARTARICE HUMPHREY, <br><br> Plaintiff, <br><br> v. <br><br> ANTIOCH UNIFIED SCHOOL DISTRICT, a public entity; CATAPULT LEARNING WEST, LLC; CATAPULT LEARNING LLC; SPECIALIZED EDUCATION OF CALIFORNIA, INC.; SPECIALIZED EDUCATION SERVICES OF CALIFORNIA, INC.; SAMUEL MCBRIDE, an individual; STEVE NOSANCHUK, an individual; BRUNO DIAZ, an individual; CORY MOORE, an individual; STEPHANIE ANELLO, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 3:18-cv-07716-WHA <br><br> **ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT BY DEFENDANTS CATAPULT LEARNING WEST, LLC; SAMUEL MCBRIDE; JONIQUE ANDREWS; BRUNO DIAZ and CORY MOORE'S** <br><br><br><br><br> Complaint Filed:     December 26, 2018 <br> Trial Date:          May 18, 2020 |

Defendants CATAPULT LEARNING WEST, LLC; SAMUEL MCBRIDE; JONIQUE

ANDREWS; BRUNO DIAZ and CORY MOORE, answer the Second Amended Complaint as follows:

Pursuant to Federal Rules of Civil Procedure, Rule 8(b), these answering defendants controvert

all of the averments of the Second Amended Complaint, and therefore generally deny all of the

averments, except for the following designated averment, which is admitted to the extent stated and denied in all other respects:

1.        Jurisdiction and venue are properly in this Court based on the allegations of the Second Amended Complaint.

## II.

## AFFIRMATIVE DEFENSES

## NO CAUSE OF ACTION

1.        AS AND FOR A SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that the Second Amended Complaint fails to state facts sufficient to constitute a cause of action, or any cause of action, against these answering defendants.

## NO CAUSE/PUNITIVE DAMAGES

2.        AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that the Second Amended Complaint fails to state facts sufficient to set forth a claim for punitive damages.

## CONTRIBUTORY NEGLIGENCE OF PLAINTIFF

3.        AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that the complainant was careless and negligent in and about the matter set forth in said Second Amended Complaint and that said carelessness and negligence contributed to and was a legal cause of any and all damages alleged in said Second Amended Complaint.

## NO LIABILITY FOR ACTS OF OTHERS

4.        AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that, without admitting any allegation of the Second Amended Complaint, some of the acts, actions and activities, as alleged, were committed, if at all, by independent, non-affiliated persons who were not acting on behalf of, or within the course and scope of any relationship with these answering defendants during the time referred to in the Second Amended Complaint.

## CO-DEFENDANT LIABILITY

5.        AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that the co-defendants, and each of them, named and unnamed in the Second

Amended Complaint, were negligent, which negligence was a legal cause of harm to the plaintiff, if any, and this Court is requested to determine and allocate the percentage of negligence attributable to each of the co-defendants.

## FAILURE TO MITIGATE

6.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that any injury, damage or loss, if any, sustained by plaintiff, was aggravated by plaintiff's failure to use reasonable diligence to mitigate and minimize the same.

## LIABILITY LIMITED TO ECONOMIC DAMAGES -- PROPOSITION 51

7.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that any judgment which may be entered against these answering defendants must be reduced to comply with the provisions of California Civil Code §1431.2, commonly known as Proposition 51.

## NO VALID CLAIM FOR EMOTIONAL DISTRESS

8.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that the Second Amended Complaint fails to state facts sufficient to set forth a claim for emotional distress damages.

## FAILURE TO STATE CAUSE OF ACTION FOR POST-JUDGMENT INTEREST

9.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that the pleading, and each alleged cause of action thereof, fails to state facts sufficient to constitute a cause of action for post-judgment interest.

## PLAINTIFF'S WILLFUL MISCONDUCT

10.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, this answering defendants allege that at the time and place of the incident in question, plaintiff was himself guilty of willful and wanton conduct in and about the matters and things set forth in plaintiff's Second Amended Complaint; that said willful and wanton conduct on plaintiff's own part proximately caused and contributed to the happening of the incident in question and the resultant alleged injuries and damage to plaintiff, if any.

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT BY DEFENDANTS CATAPULT LEARNING WEST, LLC; SAMUEL MCBRIDE; JONIQUE ANDREWS; BRUNO DIAZ and CORY MOORE'S

### SELF DEFENSE

11.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that at the time and place of the incident alleged by plaintiff, plaintiff initially attacked defendants and if, in fact, defendants committed any assault on plaintiff, said action was performed to protect the person and property of the defendants and was performed in self-defense.

### WAIVER

12.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that plaintiff's rights and claims against these answering defendants, if any, are barred by the equitable doctrine of waiver.

### GOOD FAITH DEFENSE

13.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that all of the actions taken with respect to the plaintiff were made in good faith, within the scope of the duties of the defendants, and their employees, and in the best interests of the plaintiff in a manner which was not reckless, wanton, intentional or grossly negligent.

### WAIVER AND RELEASE

14.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that the Second Amended Complaint, and each of its causes of action, is barred because the plaintiff, through statements, actions and conduct, has voluntarily and knowingly waived and released all rights, claims and causes of action, if any, against these answering defendants in this action.

### KNOWLEDGE/CONSENT

15.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants are informed and believe, and on that ground allege, that the plaintiff and plaintiff's representatives had knowledge of the acts/events giving rise to plaintiff's Second Amended Complaint and consented to such acts/events.

### ADMINISTRATIVE REMEDIES

16.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that plaintiff has failed to exhaust all available administrative remedies.

**PRIVILEGE**

17.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants deny each and every one of the acts complained of, and further allege that if any conduct of which Second Amended Complaint was made did occur, that such conduct on the part of these defendants, if any, was privileged.

**FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

18.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege the plaintiff has failed to exhaust all appropriate administrative remedies.

**CALIFORNIA EDUCATION CODE**

19.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that those defenses available to them pursuant to the provisions of the California Education Code.

**CALIFORNIA GOVERNMENT CODE §820.6**

20.     AS AND FOR A FURTHER, SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that they are immune from liability pursuant to the provisions of California Government Code Section 820.6.

**GOOD FAITH IMMUNITY**

21.     AS AND FOR A FURTHER, SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege they have probable cause to believe their actions toward the plaintiff were lawful.

**IMMUNITY**

22.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that, without admitting any allegation of the Second Amended Complaint, these answering defendants are immune from liability for the conduct alleged in plaintiff's Second Amended Complaint.

**GOOD FAITH IMMUNITY**

23.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege that at all times mentioned in the Second Amended Complaint, these answering defendants acted in good faith, without knowledge or reason to believe that their conduct violated any

clearly established provisions of law, whether statutory, constitutional or otherwise, which a reasonable person in their position would have been aware of.

## CATCH-ALL

24.     AS AND FOR A FURTHER SEPARATE AFFIRMATIVE DEFENSE, these answering defendants allege, upon information and belief, that they cannot fully anticipate all affirmative defenses which may be applicable to this action based on the allegations used in the Second Amended Complaint. Accordingly, these defendants expressly reserve the right to assert such additional defenses to the extent that such defenses may become applicable.

## PRAYER

WHEREFORE, Defendants CATAPULT LEARNING WEST, LLC; SAMUEL MCBRIDE; JONIQUE ANDREWS; BRUNO DIAZ and CORY MOORE, pray that:

1.     This lawsuit be tried before a jury;

2.     Plaintiff's request for relief, in all respects, be denied, and that plaintiff take nothing by this action;

3.     Judgment be entered dismissing the Second Amended Complaint and each cause of action alleged against these answering defendants;

4.     Defendants be awarded costs of suit incurred in this action, including reasonable attorneys' fees; and

5.     The Court grant such other further relief as may be deemed just and proper.


Dated: October 18, 2019                    SPINELLI, DONALD & NOTT


                                           _____s/ J. Scott Donald_____
                                           J. SCOTT DONALD
                                           LYNN A. GARCIA
                                           Attorneys for Defendants CATAPULT LEARNING
                                           WEST, LLC, SAMUEL MCBRIDE, JONIQUE
                                           ANDREWS, BRUNO DIAZ, and CORY MOORE

COURT:          In the United States District Court Northern District of California
CASE NO.:       3:18-cv-07716-WHA
CASE NAME:   *K.H., a minor v. Antioch Unified School District et al.*

## **PROOF OF SERVICE**

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 601 University Avenue, Suite 225, Sacramento, CA 95825. I am over the age of 18 and not a party to the above-entitled action.

I am readily familiar with Spinelli, Donald & Nott's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (Code Civ. Proc., § 1013a(3) or Fed.R.Civ.P.5(a) and 4.1.)

On October 18, 2019, I caused the following document to be served: **ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT BY DEFENDANTS CATAPULT LEARNING WEST, LLC; SAMUEL MCBRIDE; JONIQUE ANDREWS; BRUNO DIAZ and CORY MOORE'S**

**_X__** BY ELECTRONIC SERVICE
    I caused such document to be electronically served by filing said document electronically in accordance with rules of electronically filing documents. Fed. R. Civ. P. 5(b)(2)(D).

**_**     BY MAIL--
    Placed in the United States Mail at Sacramento, California in an envelope with postage   thereon fully prepaid addressed as follows:

## **SEE SERVICE LIST ATTACHED**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 18, 2019, at Sacramento, California.

                             s/ Robin Horne
                         Robin Horne

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT BY DEFENDANTS CATAPULT LEARNING WEST, LLC; SAMUEL MCBRIDE; JONIQUE ANDREWS; BRUNO DIAZ and CORY MOORE'S

COURT:           In the United States District Court Northern District of California
CASE NO.:        3:18-cv-07716-WHA
CASE NAME:       *K.H., a minor v. Antioch Unified School District et al.*

## SERVICE LIST

| **Attorneys for Plaintiff** | **Attorneys for Antioch Unified School District, Steve Nosanchuk, Ruth Rubalcava, and Stephanie Anello** |
|---|---|
| Micha Star Liberty<br>Liberty Law<br>1970 Broadway, Suite 700<br>Oakland, CA 94612<br>Ph: 510-645-1000 \| Fx: 888-645-2008<br>micha@libertylaw.com<br>team@libertylaw.com<br><br>Raquelle de la Rocha<br>Alan Goldstein<br>THE BLOOM FIRM<br>20700 Ventura Blvd., Suite 301<br>Woodland Hills, CA 91364<br>Ph: (818) 914-7303<br>Fx: (818) 884-8079<br>Raquelle@thebloomfirm.com<br>Avi@thebloomfirm.com | Louis A. Leone<br>Brian A. Duus<br>Seth L. Gordon<br>Cesar A. Alvadaro<br>Leone & Alberts<br>1390 Willow Pass Road, Suite700<br>Concord, CA 94520<br>Ph: 925-974-8600 \| Fx: 925-974-8601<br>lleone@leonealberts.com<br>bduus@leonealberts.com<br>sgordon@leonealberts.com<br>calvarado@leonealberts.com |

ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT BY DEFENDANTS CATAPULT LEARNING WEST,
LLC; SAMUEL MCBRIDE; JONIQUE ANDREWS; BRUNO DIAZ and CORY MOORE'S