Micha Star Liberty (SBN 215687)
**LIBERTY LAW**
1970 Broadway, Suite 700
Oakland, CA 94612
Telephone: (510) 645-1000
Facsimile: (888) 645-2008
E-mail: team@libertylaw.com

Alan Goldstein (SBN 296430)
**THE BLOOM FIRM**
20700 Ventura Boulevard, Suite 301
Woodland Hills, CA 91364
Telephone: (818) 914-7303
Facsimile: (818) 884-8079
E-mail: Avi@thebloomfirm.com

*Attorneys for Plaintiff, K.H.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| K.H., a minor, by and through his *Guardian ad Litem* MARTARICE HUMPHREY,<br><br>Plaintiff,<br><br>v.<br><br>ANTIOCH UNIFIED SCHOOL DISTRICT, a public entity; CATAPULT LEARNING WEST, LLC; CATAPULT LEARNING, LLC; SPECIALIZED EDUCATION OF CALIFORNIA, INC.; SPECIALIZED EDUCATION SERVICES OF CALIFORNIA, INC.; SAMUEL MCBRIDE, an individual; JONIQUE ANDREWS, an individual; STEVE NOSANCHUK, an individual; BRUNO DIAZ, an individual; CORY MOORE, an individual; RUTH RUBALCAVA, an individual; STEPHANIE ANELLO, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:18-cv-07716-WHA<br><br>[~~PROPOSED~~] ORDER<br><br><br>Hearing Date: October 28, 2019<br>Hearing Time: 11:00AM<br>Courtroom: 12, 19th Floor<br>Judge: William Alsup<br><br>Case Filed: December 26, 2018<br>Trial Date: May 18, 2020 |

Having reviewed and considered the letters of counsel relating to outstanding discovery issues submitted to this Court by Plaintiff K.H. (hereafter "Plaintiff") (Document No. 88) and Defendants ANTIOCH UNIFIED SCHOOL DISTRICT, STEVE NOSANCHUK, RUTH RUBALCAVA and STEPHANIE ANELLO ("AUSD Defendants") (Document No. 93) on October 22, 2019 and October 25, 2019, respectively, and having heard the oral argument of the parties, and good cause appearing therefrom,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Subject to the existing protective order (Document No. 59) in this matter, the AUSD Defendants shall, no later than October 31, 2019, at 5:00 PM, produce to Plaintiff all non-privileged documents and attachments thereto from January 1, 2014, to present, relating to allegations of abuse or injury on AUSD students at Sierra School (including Mandated Reports made pursuant to Penal Code Section 11165 et. seq.) that are responsive to Document Requests 177, 179, and 180. The aforementioned documents shall not be redacted, with the exception of any third-party student identifying information. The full name of any AUSD or Sierra Schools personnel who received the document shall be provided pursuant to the protective order. All documents shall be labeled "Confidential" and made subject to a "For Attorney Eyes Only" designation, and may not be shown or distributed to potential deponents (other than the maker of a report) or non-attorneys, and shown only to attorneys representing parties in this matter.

Plaintiff may conduct the depositions of any alleged wrongdoers indicated in the aforementioned documents and inquire as to information contained in the documents' contents. If Plaintiff has previously conducted a deposition of any wrongdoer(s) indicated in the aforementioned documents, Plaintiff may conduct a second deposition of said individual(s) limited to one (1) hour per incident as described therein.

Dated: October 29, 2019

_____
The Honorable William Alsup
United States District Judge

//

//