UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| K. H., a minor, by and through his Guardian ad Litem Martarice Humphrey, Plaintiff-Petitioner, v. ANTIOCH UNIFIED SCHOOL DISTRICT, a public entity; et al., Defendants-Respondents. | No. 20-80025<br><br>D.C. No. 3:18-cv-07716-WHA<br>Northern District of California, San Francisco<br><br>ORDER |

The court has received petitioner's notice of withdrawal (Docket Entry No. 8). This petition is withdrawn.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Taylor
Deputy Clerk
Ninth Circuit Rule 27-7

AT/MOATT